Andy J. Chambers, Esq. (AZ Bar No. 023146)
Andy.Chambers@TheChambersLaw.com
**CHAMBERS LAW PLLC**
2198 E Camelback Rd, Ste 380
Phoenix, Arizona 85016
Telephone: (602) 607-5004

*Attorneys for Plaintiff Pronghorn Rental Homes, LLC and Third-Party Defendant Pronghorn Services, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| PRONGHORN RENTAL HOMES, LLC, an Arizona limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> BOXABL INC., a Nevada corporation, <br><br> Defendant. | No. CV-25-8067-PCT-JJT <br><br> **THIRD-PARTY DEFENDANT PRONGHORN SERVICES, LLC'S ANSWER AND AFFIRMATIVE DEFENSES** |
| BOXABL INC., a Nevada corporation, <br><br> Counterclaim/Third-Party Plaintiff, <br><br> v. <br><br> PRONGHORN RENTAL HOMES, LLC, an Arizona limited liability company, <br><br> Counterclaim Defendant, <br><br> and <br><br> PRONGHORN SERVICES, LLC, an Arizona limited liability company, <br><br> Third-Party Defendant. | |

. . .

In response to the Third-Party Complaint filed by Defendant Boxabl Inc. ("Boxabl"), Third-Party Defendant Pronghorn Services, LLC ("Pronghorn Services") answers, states, and affirmatively alleges as follows:

**PARTIES**

1. Upon information and belief, Pronghorn Services admits paragraph 1 of the Third-Party Complaint.

2. Pronghorn Services admits paragraphs 2-3 of the Third-Party Complaint.

3. Pronghorn Services denies the allegations of paragraph 4 of the Third-Party Complaint as pleaded.

**JURISDICTION**

4. Pronghorn Services denies the allegations of paragraphs 5-7 of the Third-Party Complaint as pleaded.

**FACTS COMMON TO ALL COUNTS**

5. Pronghorn Services denies the allegations of paragraphs 8-17 of the Third-Party Complaint as pleaded.

**COUNT ONE**
**(Breach of Contract)**

6. Pronghorn Services incorporates the foregoing answers as though fully set forth herein.

7. Pronghorn Services denies the allegations of paragraphs 19-23 of the Third-Party Complaint as pleaded and affirmatively alleges that Boxabl is not entitled to any judgment, interest, fees, or costs in any amount.

**COUNT TWO**
**(Breach of Contract)**

8. Pronghorn Services incorporates the foregoing answers as though fully set forth herein.

9. Pronghorn Services denies the allegations of paragraphs 25-28 of the Third-Party Complaint as pleaded and affirmatively alleges that Boxabl is not entitled to any judgment, interest, fees, or costs in any amount.

## COUNT THREE
### (Equitable Relief)

10. Pronghorn Services incorporates the foregoing answers as though fully set forth herein.

11. Pronghorn Services denies the allegations of paragraphs 30-32 of the Third-Party Complaint as pleaded and affirmatively alleges that Boxabl is not entitled to any judgment, interest, fees, or costs in any amount.

## JURY DEMAND

Pronghorn Services requests a jury trial.

## GENERAL DENIAL

Pronghorn Services expressly denies each and every allegation not expressly admitted herein.

## AFFIRMATIVE DEFENSES

For its affirmative defenses, Pronghorn Services alleges as follows:

1. Boxabl's Third-Party Complaint fails to state a claim upon which relief can be granted.

2. Boxabl's third-party claims are barred, in whole or in part, by its own conduct or the conduct of others under its control.

3. If Boxabl suffered any harm as alleged, it was not caused by Pronghorn Services.

4. Boxabl's third party claims are barred, in whole or in part, by the principles of unclean hands, acquiescence, bad faith, failure to perform, waiver, laches, and/or estoppel based upon Boxabl's own acts, omissions, and conduct.

5. Boxabl's third party claims are barred, in whole or in part, due to its own failure to mitigate damages.

6. Pronghorn Services denies that it breached any duty owed to Boxabl.

7. Pronghorn Services denies that it breached any contractual obligation to Boxabl.

8. Boxabl's third-party claims are barred in whole or in part by the applicable statutes of limitations.

9. Boxabl's third-party claims are barred, in whole or in part, due to lack of consideration.

10. Boxabl's third-party claims are barred, in whole or in part, due to statute of frauds.

11. Boxabl's third-party claims are barred, in whole or in part, due to impossibility, illegality, and/or frustration of purpose.

12. Boxabl's Third-Party Complaint is barred by Rule 14 of the Federal Rule of Civil Procedure because the Third-Party Complaint does not allege that Pronghorn Services is liable, in whole or in part, to the underlying claims brought by Plaintiff.

13. Pronghorn Services reserves the right to list additional affirmative defenses as they become known through the course of discovery, including, but not limited to, those set forth in Federal Rule of Civil Procedure 8(c), and expressly does not waive any affirmative defenses.

**WHEREFORE**, Pronghorn Services respectfully requests that this Court enter judgment in the favor of Pronghorn Services on all claims in Boxabl's Third-Party Complaint, that Boxabl take nothing by virtue of its Third-Party Complaint, and that Pronghorn Services be awarded its costs and attorneys' fees pursuant to A.R.S. §§ 12-341 and 12-341.01, and such other relief as the Court deems appropriate.

**DATED** this 1st day of July 2025.

**CHAMBERS LAW PLLC**

By: *s/ Andy J. Chambers*
    Andy J. Chambers, Esq.
    2198 E Camelback Rd, Ste 380
    Phoenix, Arizona 85016
    Andy.Chambers@TheChambersLaw.com

*Attorneys for Plaintiff Pronghorn Rental Homes, LLC and Third-Party Defendant Pronghorn Services, LLC*

-4-

# **CERTIFICATE OF FILING AND SERVICE**

I hereby certify that a true copy of the foregoing ***THIRD-PARTY DEFNDANT PRONGHORN SERVICES, LLC'S ANSWER AND AFFIRMATIVE DEFENSES*** was electronically filed with the Clerk of Court via ECF this 1st day of July 2025, with service copies to counsel via email as follows:

Cara Sgobba, Esq.
Peter Emil Strniste, Jr., Esq.
Gordon Rees Scully Mansukhani LLP - Boston MA
28 State St., Ste. 1050
Boston, MA 02109
*csgobba@grsm.com*
*pstrniste@grsm.com*

-&-

John William Cook, Esq.
Lori Nadine Brown, Esq.
Gordon Rees Scully Mansukhani LLP - Phoenix, AZ
2 N. Central Ave., Ste. 2200
Phoenix, AZ 85004
*jwcook@grsm.com*
*lbrown@grsm.com*

*Attorneys for Defendant Boxabl Inc.*

By: *s/ Andy J. Chambers*